IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as Subrogee of Jessica Skradski & Matthew Skradski;<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON LOGISTICS, INC., and TRUSTECH INC.,<br><br>Defendants. | 8:25CV199<br><br><br><br>ORDER |

This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed in the District Court of Sarpy County, Nebraska on January 22, 2025. Filing No. 1-1. Defendant Amazon Logistics, Inc. removed the action to this Court on March 19, 2025. Filing No. 1. Plaintiff has not filed a return of service indicating service on Defendant Trustech Inc. ("Trustech") and Trustech has not voluntarily appeared.

Accordingly,

IT IS ORDERED that Plaintiff shall have until August 27, 2025 to show cause why its claims against Trustech should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) and/or NECivR. 41.2 for want of prosecution. The failure to timely comply with this Order may result in dismissal of Plaintiff's claims against Trustech without further notice.

1

Dated this 28th day of July, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge