IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as Subrogee of Jessica Skradski & Matthew Skradski;<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON LOGISTICS, INC., and TRUSTECH INC.,<br><br>Defendants. | 8:25CV199<br><br>ORDER TO SHOW CAUSE |

    This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

    The complaint was filed in the District Court of Sarpy County, Nebraska on January 22, 2025. Filing No. 1-1. Defendant Amazon Logistics, Inc. removed the action to this Court on March 19, 2025. Filing No. 1.

    The Court entered an order in July requiring Plaintiff to show cause why it should not dismiss Plaintiff's claims against Defendant Trustech Inc. ("Trustech") for lack of prosecution. Filing No. 8. Plaintiff responded that it tried and failed to serve Trustech twice in January at an address in Lincoln, Nebraska and was attempting to serve Trustech at a different address in Colorado. Plaintiff also asserted it sent Trustech a request for waiver of service on August 20, 2025. Filing No. 11. Based on Plaintiff's response, the Court extended Plaintiff's time to effect service and ordered Plaintiff to effect service on Trustech by October 14, 2025. Filing No. 12.

1

In September, Plaintiff requested a new summons to serve Trustech at a Tennessee address. Plaintiff has not filed a return of service indicating service on Trustech and Trustech has not voluntarily appeared.

Accordingly,

IT IS ORDERED that Plaintiff shall have until November 19, 2025 to show cause why its claims against Trustech should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) and/or NECivR. 41.2 for want of prosecution. The failure to timely comply with this Order may result in dismissal of Plaintiff's claims against Trustech without further notice.

Dated this 16th day of October, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge