IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STATE FARM FIRE AND CASUALTY
COMPANY, as Subrogee of Jessica Skradski &
Matthew Skradski,

      Plaintiff,

  vs.

AMAZON LOGISTICS, INC., and TRUSTECH
INC.,

      Defendants.

**8:25CV199**


**ORDER ON STIPULATION FOR
DISMISSAL WITH PREJUDICE**

This case is before the Court on the parties' Stipulation for Dismissal with Prejudice, signed by counsel for all parties. Filing 24. The parties stipulate to dismissal of this case with prejudice, with each party to bear its own costs and fees. Filing 24 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice, Filing 24, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs and fees.

Dated this 24th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1